# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARIO JIMINEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:20-cv-01038-KOB-SGC |
| DON MARTIN, et al., | ) |
| Defendants. | ) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The plaintiff, an inmate at Bibb Correctional Facility, initiated this matter by filing a *pro se* complaint against inmates Martin, Murray, and Norris; corrections officials Thomas, McCovery, Hutton, Sealey, Felder, and Johnson; and "the administration," either for conspiring to blackmail and threaten him and his family with grievous bodily harm or for failing to intervene and protect him and his family from such behavior. (Doc. 1). For relief, the plaintiff requests a federal grand jury investigate and indict the defendants. (*Id.*).

On August 19, 2020, the undersigned notified the plaintiff this court lacks jurisdiction to grant the relief he requests and advised him that he could pursue a 42 U.S.C. § 1983 civil action, for which monetary and injunctive relief are available. (*Id.*). The order afforded the plaintiff an opportunity to file an amended complaint in accordance with specific instructions, notified him that he must pay a $400 filing

fee or file an application to proceed *in forma pauperis*, and directed the Clerk to send him a § 1983 complaint form and application to proceed *in forma pauperis*. (*Id*. at 2-4). The order also instructed the plaintiff this action would be dismissed for want of prosecution if he failed to file an amended complaint and application to proceed *in forma pauperis* within thirty days. (*Id*. at 3-4). The plaintiff has failed to comply with or otherwise respond to the order. Accordingly, the undersigned **RECOMMENDS** this matter be **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

## NOTICE OF RIGHT TO OBJECT

The plaintiff may file specific written objections to this report and recommendation. The plaintiff must file any objections with the Clerk of Court within fourteen (14) calendar days from the date the report and recommendation is entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the complaint that the report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the magistrate judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper

objection, however, the court may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice. 11th Cir. R. 3-1.

On receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made and may accept, reject, or modify in whole or in part, the undersigned's findings of fact and recommendations. The district judge also may refer this action back to the undersigned with instructions for further proceedings.

The plaintiff may not appeal the magistrate judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The plaintiff may only appeal from a final judgment entered by a district judge.

**DONE** this 30th day of September, 2020.

/s/ Staci G. Cornelius
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE