FILED
2020 Nov-02 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARIO JIMINEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:20-cv-01038-KOB-SGC |
| DON MARTIN, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The magistrate judge filed a report on September 30, 2020, recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 3) Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court DISMISSES this action WITHOUT PREJUDICE for lack of subject matter jurisdiction, as well as lack of prosecution.

DONE and ORDERED this 2nd day of November, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE